UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| MICHAEL R. CHAPMAN,               ) | |
|                                                           ) | |
|             Plaintiff                           ) | |
|                                                           ) | |
| v.                                                    ) | Civil No. 04-103-B-H |
|                                                           ) | |
| MAINE DEPARTMENT OF      ) | |
| CORRECTIONS, et al.,              ) | |
|                                                           ) | |
|             Defendant                       ) | |

**Recommended Decision on Motion to Dismiss**

Defendant Martin A. Magnusson has filed a Motion to Dismiss Count III of the amended complaint to the extent that count alleges a claim of negligent infliction of emotional distress against him. (Docket No. 51). For the reasons stated by the defendant I recommend that the court **GRANT** this motion. Furthermore, following the telephone conference of counsel held on April 13, 2005, wherein this pending motion was briefly discussed, it is my understanding that counsel for the plaintiff now assents to its dismissal.

NOTICE

A party may file objections to those specified portions of a magistrate judge's report or proposed findings or recommended decisions entered pursuant to 28 U.S.C. § 636(b)(1)(B) for which *de novo* review by the district court is sought, together with a supporting memorandum, within ten (10) days of being served with a copy thereof. A responsive memorandum shall be filed within ten (10) days after the filing of the objection.

Failure to file a timely objection shall constitute a waiver of the right to *de novo* review by the district court and to appeal the district court's order.

/s/ Margaret J. Kravchuk
U.S. Magistrate Judge

Dated April 25, 2005